UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-14161-CIV-PAINE
MAGISTRATE JUDGE SORRENTINO

EMMITT HARVEY,                       :

    Plaintiff,                       :

v.                                   .    ORDER DENYING IFP
                                          MOTION PURSUANT TO
CITY OF STUART, et al.,              :    28 U.S.C. §1915(g)

    Defendants.                      :
_____

A report has been entered recommending that this case be dismissed pursuant to the three strikes rule of 28 U.S.C. §1915(g). Therefore, pursuant to the mandate of that statute, it is

ORDERED AND ADJUDGED that the motion of the plaintiff to proceed in forma pauperis is denied.

DONE AND ORDERED at Miami, Florida, this ___ day of June, 2001.

                                                       UNITED STATES MAGISTRATE JUDGE

cc: Emmit Harvey, Pro Se
    DC #058700
    Columbia Correctional Institution
    Route 7, Box 376
    Lake City, FL 32055-8767

SCANNED